```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )   NO. CR-10-6019-WFN
                               )
     v.                        )   ORDER GRANTING MOTION
                               )   TO MODIFY CONDITIONS OF
                               )   RELEASE (Ct. Rec. 46)
MICHAEL EUGENE DENTON,         )
                               )
                    Defendant. )
_____)
```

On August 16, 2010, this court held a bail review hearing. Alexander Ekstrom appeared for the government and the defendant was present with counsel, James Egan.

Defendant's attorney filed a motion requesting that the defendant be taken off of Electronic Home Monitoring and put on curfew with voice verification.

The government had no objection to the motion. The Court granted the motion to modify conditions of release **(Ct. Rec. 46)**.

**IT IS ORDERED** that the March 3, 2010 Order Denying Plaintiff's Motion for Detention and Setting Conditions of Release (**Ct. Rec. 17)** is modified as follows:

1. Paragraph 23 stating that the defendant is to participate in Electronic Monitoring is deleted and replaced with Curfew with voice verification. Defendant shall be restricted to his residence everyday from **8:00 PM** to **6:00 AM**, subject to his probation officer's discretion. Defendant is directed to verify his compliance by voice by telephone.

2. All remaining conditions of release shall remain in full force and effect.

DATED this 16th day of August, 2010.

ORDER

```
                                  s/James P. Hutton
                                  JAMES P. HUTTON
                            United States Magistrate Judge
```

ORDER