UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>MICHAEL EUGENE DENTON,<br><br>                  Defendant. | Cause No.  CR-10-6019-WFN<br><br>**ORDER GRANTING MOTION TO<br>MODIFY CONDITIONS OF<br>RELEASE** |

Before the court is Defendant's Motion to Modify Conditions of Release.

For the reasons set forth in Defendant's Motion, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED (Ct. Rec. 113).  Curfew with voice verification shall be removed as a condition of Defendant's release.  All other conditions remain as previously ordered.

IT IS SO ORDERED.  The District Court Executive is directed to enter this order and to provide copies to counsel.

DATED this 25th day of July, 2011.


                                      s/ JAMES P. HUTTON
                          MAGISTRATE JUDGE JAMES P. HUTTON

**Order Granting Motion
to Modify Conditions of Release- 1**